**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | |
|---|---|
| In re: Angela A Coleman | ) Judge Timothy A. Barnes |
| Debtor(s) | ) |
| | ) Case No. 17-30671 |
| | ) |
| | ) Chapter 13 |

NOTICE OF HEARING

To the following named persons or entities:  (Separate Service List may be attached)

Angela A Coleman
1409 S. 17th Ave
Maywood, IL 60153

Marilyn Marshall
224 S. Michigan, Suite 800
Chicago, IL 60603
courtdocs@chi13.com

Cook County Treasurer
Attn: Legal Dept., Bankruptcy
118 N. Clark Rm 112
Chicago, IL 60602

     Please take notice that on **April 12, 2018 at 9:30 a.m.** I shall appear before the Honorable Judge Timothy A. Barnes in Court Room 744 at the U.S. Bankruptcy Court located at 219 S. Dearborn, Chicago, Illinois 60604 and present and present the attached motion.

CERTIFICATE OF SERVICE*

I, Robert J. Adams, an attorney, certify that a copy of this Notice and attached documents were served upon the above-entitled parties by depositing same in the United States mail* at 901 W. Jackson St., suite 202, Chicago, Illinois, with sufficient postage prepaid by Robert J. Adams & Associates.

Date of Service:___02/28/2018_____          Signature: ___/s/ Robert J. Adams_____
                                                                                    Robert J. Adams

*Where indicated, a party was served electronically instead of by U.S. Mail

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | |
|---|---|
| In re:Angela A Coleman | ) Judge Timothy A. Barnes |
| Debtor(s) | ) |
| | ) Case No. 17-30671 |
| | ) |
| | ) Chapter 13 |

## DEBTOR'S OBJECTION TO CLAIM NO. 1, COOK COUNTY TREASURER

NOW COMES Angela A Coleman, hereinafter referred to as "Debtor(s)", by and through the Law Offices of Robert J. Adams & Associates, and states as follows:

1. On October 12, 2017, Debtor(s) filed a voluntary petition for relief under Title 11 U.S.C. Chapter 13.

2. This Honorable Court has jurisdiction over this proceeding under the provisions of Title 11 U.S.C. § 105 and Title 28 U.S.C. § 157.

3. A proof of claim was filed by the Cook County Treasurer alleging property taxes owed totalling $29,852.31. (Attached is a copy of the claim.)

4. The claim includes $10,618.95 in taxes and interest for the 2011 tax year.

5. These same taxes were included and paid in a claim during the debtor's previous case, 12 B 32272. (Attached is a copy of the proof of claim filed on that case and the trustee's final report of payments.)

6. While the final report does not explicitly state so, the debtor received a discharge on October 10, 2017 whereas the final report only says the case was completed. (Attached is a copy of the discharge.)

7. All claims included in the 2012 case were paid according to the terms of the plan and therefore cannot be claimed in this current case.

8. Any objection the County had to the treatment under the plan in the 2012 case were eliminated as of confirmation.

9. The County is now bound to the treatment it received in the 2012 case and plan, and cannot now claim the same 2011 taxes are still owed.

WHEREFORE Angela A Coleman, the Debtor(s) herein, pray(s) that this Honorable Court enter an Order denying the portion of the County Treasurer's claim relating to the 2011 tax year and reducing the amount of the claim by $10,618.95.

                                                Respectfully submitted,

                                                /s/ Robert J. Adams
                                                Attorney for Angela A Coleman
                                                Robert J. Adams & Associates